**Christopher J. O'CROWLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43449.**

Missouri Court of Appeals,
Western District.

April 16, 1991.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).